IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>   *Plaintiff*,<br><br>              v.<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department, and LESLIE RUTLEDGE, in her official capacity as Attorney General of Arkansas,<br><br>   *Defendants*. | No. 4:21-cv-864-BRW |

### PhRMA's RESPONSE TO MOTION TO INTERVENE

In response to Community Health Centers of Arkansas (CHCA) and Piggott Community Hospital (Piggott)'s Motion to Intervene, Plaintiff Pharmaceutical Research and Manufacturers of America (PhRMA), states the following:

1. CHCA and Piggott seek to intervene as Defendants in this case.[1]

2. Counsel for PhRMA has conferred with counsel for putative intervenors. It is PhRMA's understanding that intervention is not intended to, and is not likely to, change the character of this case as being primarily—if not solely—about issues of law. Based on that understanding, PhRMA does not oppose CHCA's and Piggott's intervention.

Accordingly, PhRMA states that it does not oppose CHCA's and Piggott's intervention.

---

[1] Dkt. 17–18.

*Respectfully submitted*,

Philip J. Perry (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street NW, Ste. 1000
Washington, D.C. 20004-1304
202.637.3317 – phone
202.637.2201 – fax
*philip.perry@lw.com*
*andrew.prins@lw.com*

&

Joshua C. Ashley (2012051)
Friday, Eldredge & Clark, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, Ark. 72201
501.370.3395 – phone
501.244.5308 – fax
*jashley@fridayfirm.com*

*Counsel for Plaintiff*