IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA | PLAINTIFF |
| V.   Case No. 4:21-CV-864-BRW | |
| ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department | DEFENDANT |
| COMMUNITY HEALTH CENTERS OF ARKANSAS; PIGGOTT COMMUNITY HOSPITAL | INTERVENORS |

## ORDER AND JUDGMENT

Pending is Plaintiff's Motion for Entry Judgment under Rule 54(b) (Doc. No. 52). Pursuant to Federal Rule of Civil Procedure 54(b) and for good cause shown, the motion is GRANTED.

Accordingly, based on the Order entered on December 12, 2022 (Doc. No. 48), Plaintiff's preemption claim is dismissed with prejudice.

IT IS SO ORDERED this  29th  day of December, 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

1