**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department, <br><br> *Defendant*, <br><br> COMMUNITY HEALTH CENTERS OF ARKANSAS; and PIGGOTT COMMUNITY HOSPITAL, <br><br> *Intervenor-Defendants*. | Case No. 4:21-cv-864-BRW |

**JOINT STATUS REPORT ON CLAIM II (COMMERCE CLAUSE)**

1.    Plaintiff Pharmaceutical Research and Manufacturers of America, Defendant Alan McClain, and Intervenor-Defendants Community Health Centers of Arkansas and Piggott Community Hospital write to inform the Court that on May 11, 2023, the Supreme Court issued its decision in *National Pork Producers Council v. Ross*, No. 21-468 (S. Ct.).   Plaintiff's Commerce Clause claim was stayed pending disposition of that case.  *See* ECF Nos. 51, 55.

2.    The parties are currently evaluating the decision and plan to meet and confer regarding next steps.

3.    Accordingly, the parties propose that they file another joint status report regarding the Commerce Clause claim on June 8, 2023, notifying the Court of the outcome of those discussions.

Dated:  May 25, 2023                              Respectfully submitted,


/s/ William A. Waddell                           /s/ Booth Rand (by permission)
Philip J. Perry (admitted *pro hac vice*)        Booth Rand (90046)
Andrew D. Prins (admitted *pro hac vice*)        Arkansas Insurance Department
LATHAM & WATKINS LLP                              Legal Division
555 Eleventh Street, NW, Suite 1000              One Commerce Way
Washington, DC 20004-1304                        Little Rock, AR 72202
Phone: (202) 637-2200                            Phone: (501) 371-2820
Fax:    (202) 637-2201                           Email: booth.rand@arkansas.gov
Email: philip.perry@lw.com
        andrew.prins@lw.com                      *Counsel for Defendant Alan McClain*


William A. Waddell (84154)                        /s/ Ronald S. Connelly (by permission)
FRIDAY, ELDREDGE & CLARK, LLP                     Ronald S. Connelly (admitted *pro hac vice*)
400 W. Capitol Ave., Suite 2000                  Barbara Straub Williams (admitted *pro hac vice*)
Little Rock, AR 72201                             POWERS PYLES SUTTER & VERVILLE, PC
Phone: (501) 370-1510                            1501 M Street, N.W., 7th Floor
Fax:    (501) 244-5342                           Washington, DC 20005
Email: waddell@fridayfirm.com                    Phone: (202) 466-6550
                                                 Email: ron.connelly@PowersLaw.com
*Counsel for Plaintiff*                                  barbara.williams@PowersLaw.com


                                                 Nate Steel (2007186)
                                                 Alec Gaines (2012277)
                                                 STEEL WRIGHT GRAY PLLC
                                                 400 W. Capitol Ave., Suite 2910
                                                 Little Rock, AR 72201
                                                 Phone:  (501) 251-1587
                                                 Email:  nate@capitollaw.com
                                                         againes@capitollaw.com

                                                 *Counsel for Intervenor-Defendants*