IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department, <br><br> *Defendant*, <br><br> COMMUNITY HEALTH CENTERS OF ARKANSAS; and PIGGOTT COMMUNITY HOSPITAL, <br><br> *Intervenor-Defendants*. | Case No. 4:21-cv-864-BRW |

## JOINT STATUS REPORT ON CLAIM II (COMMERCE CLAUSE)

1. Plaintiff Pharmaceutical Research and Manufacturers of America, Defendant Alan McClain, and Intervenor-Defendants Community Health Centers of Arkansas and Piggott Community Hospital write to provide the Court with an additional report regarding the status of Plaintiff's Commerce Clause claim pursuant to the parties' status report filed on May 25, 2023. ECF No. 64.

2. Plaintiff's Commerce Clause claim is currently stayed. *See* ECF Nos. 51, 55. The parties have conferred regarding next steps. In light of the Supreme Court's decision in *National Pork Producers Council v. Ross*, No. 21-468, Plaintiff does not intend to proceed on a Commerce Clause claim at this time.

3. However, Federal Rule of Civil Procedure 41 may not provide a viable path to voluntarily dismiss that individual claim because it applies to "actions" and not individual claims. *See Rosell v. VMSB, LLC*, 67 F.4th 1141, 1143-44 (11th Cir. 2023); *see also Brooks v. Am. Fam. Ins. Co.*, No. 21-cv-95, 2022 WL 17475775, at *1 (N.D. Iowa Dec. 6, 2022).

4. As this Court is aware, there is currently an appeal of Plaintiff's preemption claim pursuant to Federal Rule of Civil Procedure 54(b) pending before the U.S. Court of Appeals for the Eighth Circuit. The parties do not wish to undertake any action that could disturb the appellate court's jurisdiction.

5. Accordingly, the parties propose that the Commerce Clause claim remain in abeyance for an additional 21 days while the parties discuss how to proceed. The parties propose to file a joint status report by June 29, 2023.

Dated: June 8, 2023               Respectfully submitted,

/s/ William A. Waddell            /s/ Booth Rand (by permission)
Philip J. Perry (admitted *pro hac vice*)   Booth Rand (90046)
Andrew D. Prins (admitted *pro hac vice*)   Arkansas Insurance Department
LATHAM & WATKINS LLP              Legal Division
555 Eleventh Street, NW, Suite 1000   One Commerce Way
Washington, DC 20004-1304         Little Rock, AR 72202
Phone: (202) 637-2200             Phone: (501) 371-2820
Fax:    (202) 637-2201            Email: booth.rand@arkansas.gov
Email: philip.perry@lw.com
       andrew.prins@lw.com        *Counsel for Defendant Alan McClain*

William A. Waddell (84154)        /s/ Ronald S. Connelly (by permission)
FRIDAY, ELDREDGE & CLARK, LLP     Ronald S. Connelly (admitted *pro hac vice*)
400 W. Capitol Ave., Suite 2000   Barbara Straub Williams (admitted *pro hac vice*)
Little Rock, AR 72201             POWERS PYLES SUTTER & VERVILLE, PC
Phone: (501) 370-1510             1501 M Street, N.W., 7th Floor
Fax:    (501) 244-5342            Washington, DC 20005
Email: waddell@fridayfirm.com     Phone: (202) 466-6550
                                  Email: ron.connelly@PowersLaw.com
*Counsel for Plaintiff*                  barbara.williams@PowersLaw.com

                                  Nate Steel (2007186)
                                  Alec Gaines (2012277)
                                  STEEL WRIGHT GRAY PLLC
                                  400 W. Capitol Ave., Suite 2910
                                  Little Rock, AR 72201
                                  Phone: (501) 251-1587
                                  Email: nate@capitollaw.com
                                         againes@capitollaw.com

                                  *Counsel for Intervenor-Defendants*