IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department,<br><br>*Defendant*,<br><br>COMMUNITY HEALTH CENTERS OF ARKANSAS; and PIGGOTT COMMUNITY HOSPITAL,<br><br>*Intervenor-Defendants*. | Case No. 4:21-cv-864-BRW |

## JOINT STATUS REPORT ON CLAIM II (COMMERCE CLAUSE)

1. Plaintiff Pharmaceutical Research and Manufacturers of America, Defendant Alan McClain, and Intervenor-Defendants Community Health Centers of Arkansas and Piggott Community Hospital write to provide the Court with an additional report regarding the status of Plaintiff's Commerce Clause claim pursuant to the parties' joint status reports filed on May 25, 2023 and June 8, 2023. ECF No. 64, 65.

2. Plaintiff's Commerce Clause claim is currently stayed. *See* ECF Nos. 51, 55. The parties have conferred regarding next steps pursuant to the June 8, 2023 joint status report.

3. As noted in the prior joint status report, in light of the Supreme Court's decision in *National Pork Producers Council v. Ross*, No. 21-468, Plaintiff does not intend to proceed on a Commerce Clause claim at this time. However, Federal Rule of Civil Procedure 41 does not appear

to provide a viable path to voluntarily dismiss that individual claim because it applies to "actions" and not individual claims.  *See Rosell v. VMSB, LLC*, 67 F.4th 1141, 1143-44 (11th Cir. 2023); *see also Brooks v. Am. Fam. Ins. Co.*, No. 21-cv-95, 2022 WL 17475775, at *1 (N.D. Iowa Dec. 6, 2022).

        4.        As this Court is aware, there is currently an appeal of Plaintiff's preemption claim pursuant to Federal Rule of Civil Procedure 54(b) pending before the U.S. Court of Appeals for the Eighth Circuit.  The parties do not wish to undertake any action that could disturb the appellate court's jurisdiction and continue to discuss how to proceed with Plaintiff's Commerce Clause claim.

        5.        Accordingly, the parties propose that the Commerce Clause claim remain in abeyance for an additional 14 days while the parties discuss how to proceed.  The parties propose to file a joint status report by July 13, 2023.

Dated: June 29, 2023						Respectfully submitted,

/s/ Andrew D. Prins (by permission)			/s/ Booth Rand (by permission)
Philip J. Perry (admitted *pro hac vice*)			Booth Rand (90046)
Andrew D. Prins (admitted *pro hac vice*)		Arkansas Insurance Department
LATHAM & WATKINS LLP					Legal Division
555 Eleventh Street, NW, Suite 1000			One Commerce Way
Washington, DC 20004-1304				Little Rock, AR 72202
Phone: (202) 637-2200					Phone: (501) 371-2820
Fax:     (202) 637-2201					Email: booth.rand@arkansas.gov
Email: philip.perry@lw.com
           andrew.prins@lw.com				*Counsel for Defendant Alan McClain*

William A. Waddell (84154)				/s/ Ronald S. Connelly
FRIDAY, ELDREDGE & CLARK, LLP			Ronald S. Connelly (admitted *pro hac vice*)
400 W. Capitol Ave., Suite 2000				Barbara Straub Williams (admitted *pro hac vice*)
Little Rock, AR 72201					POWERS PYLES SUTTER & VERVILLE, PC
Phone: (501) 370-1510					1501 M Street, N.W., 7th Floor
Fax:     (501) 244-5342					Washington, DC 20005
Email: waddell@fridayfirm.com				Phone: (202) 466-6550
								Email: ron.connelly@PowersLaw.com
*Counsel for Plaintiff*					            barbara.williams@PowersLaw.com

								Nate Steel (2007186)
								Alec Gaines (2012277)
								STEEL WRIGHT GRAY PLLC
								400 W. Capitol Ave., Suite 2910
								Little Rock, AR 72201
								Phone: (501) 251-1587
								Email: nate@capitollaw.com
								           againes@capitollaw.com

								*Counsel for Intervenor-Defendants*