# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 10, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

**TO:**      Clerk, U.S. District Court, Eastern District of Arkansas

**FROM:**    Maureen W. Gornik, Acting Clerk of Court

**DATE:**    December 10, 2024

**RE:**      22-3675  Pharmaceutical Research and Mfrs of America v. Alan McClain, et al

District Court/Agency Case Number(s):   4:21-cv-00864-BRW

---

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 9, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Pharmaceutical Research and Manufacturers of America
v. Alan McClain, in His Official Capacity as Commissioner of the
Arkansas Insurance Department, et al.
No. 24-118
(Your No. 22-3675)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk