**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PHARMACEUTICAL RESEARCH AND**
**MANUFACTURERS OF AMERICA**                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:21-cv-00864-KGB**

**ALAN MCCLAIN ET AL**                                              **DEFENDANT**

## NOTICE OF REASSIGNMENT

Judge Billy Roy Wilson recuses from this case based on senior status.  At the Court's

direction, the Clerk's office has randomly reassigned this case to the docket of the Honorable

Kristine G. Baker.

Dated this 9th day of April, 2025.

TAMMY H. DOWNS
CLERK OF COURT

By:    Melanie M. Beard
       Courtroom Deputy